886 A.2d 656

STATE OF NEW JERSEY, PLAINTIFF, v. CARLOS
POSADA, DEFENDANT–MOVANT.

November 3, 2005.

ORDERED that the motion for reconsideration of the petition for certification is granted and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

886 A.2d 657

STATE IN THE INTEREST OF J.A.,

November 3, 2005.

ORDERED that the motion for leave to appeal is granted.

886 A.2d 657

CHARLES TURKOWSKY AND JANE TURKOWSKY, PLAINTIFFS–
APPELLANTS, v. MOTOR CLUB OF AMERICA INSURANCE
COMPANY, DEFENDANT–RESPONDENT.

November 4, 2005.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.